TERESA C. FRATARCANGELO, an Infant, by LOUISE FRATARCANGELO, Her Guardian ad Litem, Respondent, *v.* ELMIRA, CORNING AND WAVERLY RAILWAY COMPANY, Appellant.

(Argued May 3, 1929; decided May 29, 1929.)

538

*Pierre W. Evans* for appellant.
*James O. Sebring* and *Edwin J. Carpenter* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.